UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:18cr479 T27JSS

                                      18 U.S.C. § 922(g)(1)

SKYLER MCMILLION

### INDICTMENT



The Grand Jury charges:

### COUNT ONE

On or about March 22, 2018, in the Middle District of Florida, the

defendant,

SKYLER MCMILLION,

having been previously convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including:

1. Grand theft of a motor vehicle, on or about December 17, 2004;

2. Grand theft, on or about August 25, 2008;

3. Grand theft of a motor vehicle, on or about August 11, 2009;

4. Aggravated assault, on or about March 23, 2010;

5. Sale/manufacture/delivery of methamphetamine, on or about
   January 12, 2016;

6. Fleeing or eluding, on or about January 12, 2016;

7. Failure to appear, on or about January 12, 2016;

8. Petit theft, on or about February 8, 2016; and

9. Failure to appear, on or about February 8, 2016;

did knowingly possess, in and affecting interstate commerce, firearms and
ammunition, that is, a Jimenez Arms model J.A. Nine, 9mm Luger caliber,
semi-automatic pistol, and nine rounds of Winchester (9mm Luger)
ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1.      The allegations contained in Count One are incorporated by
reference for the purpose of alleging forfeiture pursuant to the provisions of 18
U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922(g), the
defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and
28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the
violation.

3.      The property to be forfeited includes, but is not limited to, the
firearm and ammunition described above in Count One.

4.      If any of the property described above, as a result of any act or
omission of the defendant:

2

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third

party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be

divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:    Christopher F. Murray
       Assistant United States Attorney

By:    Josephine W. Thomas
       Assistant United States Attorney
       Chief, Criminal Division

3

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## SKYLER MCMILLION

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this <u>16th</u> day

of October, 2018.

_____
Clerk

Bail $_____