UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE No. 8:18-cr-479-T-27JSS

SKYLER MCMILLION

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against Skyler McMillion in the above styled case, and it is set for an initial appearance as to said defendant at Tampa, Florida, on May 6, 2019 at 2:00 p.m.

2. The defendant is now confined in the Reception and Medical Center (Male) 7765 S CR 231, Lake Butler, Florida 32054-0628.

3. It is necessary to have said defendant before this Court for an initial appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for an initial appearance, and upon completion

of proceedings in this case to return the said defendant to the custody of the Warden, of the Reception and Medical Center (Male) 7765 S CR 231, Lake Butler, Florida 32054-0628 and also directing the said Warden, of the Reception and Medical Center (Male), to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: April 19, 2019.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    */s/ Christopher F. Murray*
       Christopher F. Murray
       Assistant United States Attorney
       United States Attorney No. 095
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6220
       E-mail: christopher.murray@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE No. 8:18-cr-479-T-27JSS

SKYLER MCMILLION

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Reception and Medical Center (Male)

It appearing from the petition of the United States of America that the defendant in the above case, SKYLER MCMILLION, is confined in Reception and Medical Center (Male) 7765 S CR 231, Lake Butler, Florida 32054-0628, and that this case is set for an initial appearance as to said defendant on May 6, 2019, at 2:00 p.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said SKYLER MCMILLION now detained in custody as aforesaid, under safe and secure conduct, before this Court on May 6, 2019, at Tampa, Florida, by or before 2:00 p.m., for an initial appearance on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Reception and Medical Center (Male), to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return SKYLER MCMILLION with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Reception and Medical Center (Male).

DONE and ORDERED at Tampa, Florida, this ___ day of April, 2019.

JULIE S. SNEED
United States Magistrate Judge

## AUSA REQUEST/WRIT OF HABEAS CORPUS

To:     William B. Berger, Sr.
         United States Marshal

From:    Christopher F. Murray
          Assistant United States Attorney

Subject:   AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:     SKLYER MCMILLION

DOB or Age: 03/30/1985     Race: W     Sex: M

Booking No: R37169

Federal/State Charges:   State

Institution's Phone No.:   (386) 496-6000

Other Special Handling, Medical, or Separatee Information: None.

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**